

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00391-CV

**IN RE** Stacey **SCOTT**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  July 8, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On June 30, 2015, relator Stacey Scott filed a pro se petition for writ of mandamus with a motion for emergency stay pending a ruling on the mandamus petition. Scott's petition complains of the trial court's order cancelling a prior abatement of the underlying forcible detainer suit and setting the matter for trial on the merits. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CV-0227, styled *Patrick Denn, Attorney in Fact for Juanita Denn v. Stacey Jo Scott and All Occupants*, pending in the County Court at Law No. 1, Guadalupe County, Texas, the Honorable Robin V. Dwyer presiding.